ISAAC STURR, PLAINTIFF IN ERROR, v. WEST JERSEY RAILROAD COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *John W. Wartman.*

For the defendant in error, *Samuel H. Grey.*

PER CURIAM.

The judgment in this case is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, LIPPINCOTT, REED, VAN SYCKEL, BOGERT, BROWN, SMITH.    10.

*For reversal*—ABBETT.    1.